# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CLAUDIA CASSER,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>TOWNSHIP OF KNOWLTON, et al.,<br><br>　　　　　　Defendants. | Civil Action No. 3:17-cv-01174(PGS)(DEA)<br><br>**MEMORANDUM<br>AND ORDER** |

THIS MATTER having come before the Court on a telephone conference, and the Court having considered the arguments of the parties counsel and for the reasons set forth on the record on May 2, 2018;

IT IS on this __2__ day of __May__, 2018,

**ORDERED** that Defendants' motion to dismiss (ECF No. 8) will be terminated. Defendants will file a new motion to dismiss based on Plaintiff's first amended complaint (ECF No. 57) in accordance with the following briefing schedule:

Defendant will file the initial brief on **July 13, 2018**;

Plaintiff will file an opposition brief on **July 23, 2018**;

Defendant will file a reply brief on **July 30, 2018**;

A hearing will be held on **August 8, 2018** at 11 a.m.

_____
PETER G. SHERIDAN, U.S.D.J.